ORIGINAL

ChenShengYing.rem

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHENG YING CHEN,<br><br>Defendant. | CRIMINAL CASE NO. 01-00044<br><br>PETITION TO REMIT SPECIAL ASSESSMENT FEE<br>[18 U.S.C. § 3573] |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee earlier imposed upon Defendant SHENG YING CHEN and in support hereof, states as follows:

1. On October 19, 2001, sentence was imposed by this Court against Defendant SHENG YING CHEN. Among other things, a $100.00 special assessment fee was ordered. The total amount now owed by said Defendant is $100.00.

2. Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), the defendant, SHENG YING CHEN, was deported to China on October 4, 2005. See Exhibit "A."

//
//
//

3. Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

4. The United States Attorney has determined that in light of Defendant's deportation, there is no reasonable likelihood that expending further efforts to collect the special assessment fee will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

5. The interests of justice mitigate in favor of remission of the unpaid special assessment fee.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee imposed upon Defendant.

DATED this 1st day of June, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney

```
DAXLO21                 DACS CASE CLOSURE LOOK SCREEN              DATE: 01/03/2006
                                                                   TIME: 01:10:33


          A-NUM : 076281862           LAST-NAME : CHEN
          NATLTY: CHINA               FIRST-NAME: SHENG YIN

   DATE-DOCKET-CLEARED: 10/11/2005       DEPART-CLEARED-STAT: 6

       TRANSFER-TO-DCO:                DATE-DOCKET-TRANSFER:

          DATE-DEPARTED: 10/04/2005        PORT-DEPARTED: REN

       DEPART-COUNTRY: CHINA       FINAL-CHARGE: R2A3    EXPENSE-CODE: 1




HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```

**EXHIBIT A**